NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER P. MANNING,           )
                                  )
        Appellant,                )
                                  )
v.                                )        Case No. 2D18-45
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____)

Opinion filed July 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Ronald N.
Ficarrotta Judge.

Christopher P. Manning, pro se.


PER CURIAM.


        Affirmed.


VILLANTI, BLACK, and ATKINSON, JJ., Concur.